EDWIN B. MOORE, Appellant, v. UNITED STATES CREMATION COMPANY, LTD., Respondent.

Submitted September 27, 1937; decided October 5, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 105.)

JOSEPH LEWIS, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted September 27, 1937; decided October 5, 1937.

*Paul Windels, Corporation Counsel (Nicholas Bucci* of counsel), for motion.

*Joseph Wheless* opposed.

Motion denied, with leave to renew upon the argument.

CHARLES J. FISHER, JR., an Infant, by MARY E. FISHER, His Guardian ad Litem, Respondent, v. SAMUEL P. BARTLEY et al., Appellants.

Submitted September 27, 1937; decided October 5, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 469.)